1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone: (916) 554-2760

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA, and          2:08-mc-00063-JAM-DAD
    KIM ULRING, Revenue Officer,
12  Internal Revenue Service,              **PETITIONERS' EX PARTE
                                           REQUEST TO CONTINUE
13              Petitioners,               SHOW-CAUSE HEARING AND
                                           ORDER**
14       v.
                                           Taxpayer: COLBY R. RODRIGUEZ
15  COLBY R. RODRIGUEZ,
                                           Date:  Friday, September 26, 2008
16              Respondent.                Time: 10:00 a.m.
                                           Ctrm: Hon. Dale A. Drozd
17                                               (Ctrm. # 27, 8th Floor)

18

19       Petitioners, the UNITED STATES OF AMERICA and Revenue Officer KIM

20  ULRING, who are the only parties who have appeared in this case, hereby request that

21  Judge Drozd continue the Show Cause Hearing Re: Tax Summons Enforcement currently

22  scheduled for Friday, August 15, 2008, to Friday, September 26, 2008, at 10:00 a.m.  The

23  continuance is requested because this case is being reassigned from the United States

24  Attorney's Office to the Department of Justice Tax Division, Civil Trial Section, Western

25  Region, in Washington, D.C., to relieve AUSA Himel of some workload.  To conserve

26  scarce Tax Division travel funds, the requested date will allow the Tax Division trial

27  attorney to appear for several tax summons enforcement hearings during the same week.

28  /////

                                                                        Page 1

The Tax Division attorney, when one is assigned to this case, will enter an appearance.  A proposed Order is included should this request be granted.

Dated: June 26, 2008                        McGREGOR W. SCOTT
                                            United States Attorney

                               By:      /s/ Y H T Himel
                                        YOSHINORI H. T. HIMEL
                                        Assistant United States Attorney

ORDER

     IT IS HEREBY ORDERED that the Show Cause hearing in this case is CONTINUED from August 15, 2008, to Friday, September 26, 2008, at 10:00 a.m. in Courtroom 27.

DATED: June 27, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/rodriguez0063.ord