IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DOLLAR,

    Petitioner,                   No. CIV S-08-0063 GEB KJM P

    vs.

CATHY PROSPER, et al.,

    Respondents.         <u>ORDER</u>

                                /

        Petitioner has requested an extension of time to file and serve an opposition to respondent's June 27, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's motion for an extension of time (docket no. 11) is granted; and

        2. Petitioner's July 23, 2008 opposition to respondents' motion to dismiss is deemed timely.

DATED: July 28, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
doll0063.111