IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DOLLAR,

    Petitioner,               No. CIV S-08-0063 GEB KJM P

   vs.

CATHY PROSPER, et al.,

    Respondents.        ORDER

_____/

        Petitioner has requested an extension of time to file objections to the February 5, 2009 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 19, 2009 request for an extension of time (Docket No. 15) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file objections to the February 5, 2009 findings and recommendations.

DATED: February 27, 2009.

_____
U.S. MAGISTRATE JUDGE

/md
doll0063.111