IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DOLLAR,

    Petitioner,          2:08-cv-0063-GEB-KJM-P

  vs.

CATHY PROSPER, et al.,

    Respondents.          ORDER

_____/

        Petitioner, a California prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 5, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.[1]

---

[1] In his objections, petitioner suggests that he does have standing to bring this action because reversal and expungement of the disciplinary findings at issue will probably result in his being granted parole. However, this suggestion is undermined by the exhibit attached to petitioner's objections which is a parole suitability evaluation drafted shortly after the

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 5, 2009, are adopted in full;
2. Respondents' motion to dismiss (#8) is granted; and
3. This case is dismissed.

Dated: April 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

disciplinary proceedings at issue. In the exhibit the evaluator cites several instances why petitioner should be denied parole including his extensive criminal record, several disciplinary infractions while in prison and his denial of his commitment offense which contributed to what the evaluator called a "pervasive pattern of irresponsibility. . ." Objections, Ex. A. at 10. Any suggestion that petitioner would be granted parole at his next parole hearing had it not been for the disciplinary proceedings at issue is simply not a conclusion reflective of the record before the court.