IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DOLLAR,

        Petitioner,                        2:08-cv-0063-GEB-KJM-P

    vs.

CATHY PROSPER, et al.,

        Respondents.                ORDER

/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's April 23, 2009 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed . R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

1

1  For the reasons set forth in the magistrate judge's February 5, 2009, findings and
2 recommendations and the court's April 23, 2009, order, petitioner has not made a substantial
3 showing of the denial of a constitutional right. Accordingly, a certificate of appealability should
4 not issue in this action.

Dated: May 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge